IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WAYNE PRATER, | : |
|     Plaintiff | : |
|     v. | : Case No. 3:19-cv-19-KAP |
| PENNSYLVANIA DEPARTMENT OF | : |
| CORRECTIONS, *et al.*, | : |
|     Defendants | : |

## Memorandum Order

Counsel has appeared and accepted service on behalf of all defendants except Dr. Naji and Adren Smith. ECF no. 34, ECF no. 35. When plaintiff provides the Clerk with a copy of the complaint and directions for service on defendants Naji and Smith, the Clerk shall forward the copies and this order to the Marshal. The Marshal shall serve the complaint on those two defendants at the direction of the plaintiff (the Marshal shall send waiver of service forms first). Costs of service will be advanced by the United States.

DATE: May 13, 2025

Keith A. Pesto,
United States Magistrate Judge

Notice by ECF to counsel of record and by U.S. Mail to:

Wayne Prater KV-1019
S.C.I. Albion
10745 Route 18
Albion, PA 16475

1